**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

JEAN AZOR-EL, et al.,

    Plaintiffs,                                                                 Case No. 1:20-cv-03650-KPF

    -against-

CITY OF NEW YORK, et al.                                       **NOTICE OF APPEARANCE**

    Defendants.

-------------------------------------------------------------------x

    Please take notice that Edward (E.E.) Keenan, of the law firm Keenan & Bhatia, LLC, hereby enters his appearance as counsel to Plaintiffs Jean Azor-El, James Carter, and Anthony Medina.  Counsel's representation at this time is limited to pursuing claims concerning safety and sanitation during COVID-19 that are generally applicable to inmates.

Dated: New York, New York
       August 21, 2020

                                          KEENAN & BHATIA, LLC

                                          By:  ___/s/ E.E. Keenan_____
                                          Edward (E.E.) Keenan
                                          90 Broad Street, Suite 200
                                          New York, NY  10004
                                          Tel:  (917) 975-5278
                                          ee@keenanfirm.com

                                          *Attorney for Plaintiffs Jean Azor-El, James*
                                          *Carter, and Anthony Medina*

## **CERTIFICATE OF SERVICE**

      I hereby certify service of the foregoing by filing it through the Court's CM/ECF system, which will simultaneously transmit notice to all case participants through their counsel of record on the date of filing.

                                        By:  ___/s/ E.E. Keenan_____
                                        An Attorney for Plaintiff