**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JEAN AZOR-EL, *et al.*,

                      *Plaintiffs*,

       -against-

KISA SMALLS, *et al.*,

                      *Defendants*.

------------------------------------------------------------------------ x

**ORDER**

No. 20 CV 3650 (KPF)

       **WHEREAS**, Lance Kelly (DIN No. 20-A-1209), Plaintiff *pro se*, is presently in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS") at the Downstate Correctional Facility at 121 Red Schoolhouse Road, Fishkill, NY 12524-0445;

       **WHEREAS**, a conference in this action has been scheduled for October 6, 2020, at ten o'clock in the forenoon;

       **IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Downstate Correctional Facility, or of whichever DOCCS facility in which Mr. Kelly is housed at the date and time of the aforementioned conference, shall produce Mr. Kelly to a place designated by the Superintendent or other official for participation by telephone in said conference.

       It is **SO ORDERED.**

Dated:   October 2, 2020
          New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge