UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JEAN AZOR-EL, *et al.*,

                      *Plaintiffs*,

      -against-

KISA SMALLS, *et al.*,

                      *Defendants*.

------------------------------------------------------------------------ x

**ORDER**

No. 20 CV 3650 (KPF)

      **WHEREAS**, Maurice Barnar (Book & Case No. 895-19-00337), Plaintiff *pro se*, is presently in the custody of the New York City Department of Correction ("DOC") at the North Infirmary Command at 15-00 Hazen Street, East Elmhurst, NY 11370;

      **WHEREAS**, a conference in this action has been scheduled for October 6, 2020, at ten o'clock in the forenoon;

      **IT IS HEREBY ORDERED** that the Warden or other official in charge of the North Infirmary Command, or of whichever DOC facility in which Mr. Barnar is housed at the date and time of the aforementioned conference, shall produce Mr. Barnar to a place designated by the Warden or other official for participation by telephone in said conference.

      It is **SO ORDERED.**

Dated:   October 5, 2020
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge