**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

JEAN AZOR-EL, et al.,

    Plaintiffs,                                  Case No. 1:20-cv-03650-KPF

    -against-

CITY OF NEW YORK, et al.                **NOTICE OF APPEARANCE**

    Defendants.

-------------------------------------------------------------------x

    Please take notice that Edward (E.E.) Keenan, of the law firm Keenan & Bhatia, LLC, hereby enters his appearance as counsel to Plaintiffs Dakwan Fennell, Ronnie Cole, Lance Kelly, Ramon Gomez, and Maurice Barnar.  Counsel's representation at this time is limited to pursuing claims concerning safety and sanitation during COVID-19 that are generally applicable to inmates.

Dated: New York, New York                Respectfully submitted,
        November 19, 2020

                                              KEENAN & BHATIA, LLC

                                              By:  ___/s/ E.E. Keenan_____
                                              Edward (E.E.) Keenan
                                              90 Broad Street, Suite 200
                                              New York, NY  10004
                                              Tel:  (917) 975-5278
                                              ee@keenanfirm.com

                                              *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify service of the foregoing by filing it through the Court's CM/ECF system, which will simultaneously transmit notice to all case participants through their counsel of record on the date of filing.

                                        By:  ___/s/ E.E. Keenan_____
                                        An Attorney for Plaintiffs