UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR-EL,<br><br>      Plaintiff,<br><br>    -v.-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTION; KISA SMALLS, WARDEN, NORTH INFIRMARY COMMAND, NEW YORK CITY DEPARTMENT OF CORRECTION; CITY OF NEW YORK; NEW YORK STATE DIVISION OF PAROLE,<br><br>      Defendants. | 20 Civ. 3650 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The Court has received Plaintiff Jean Azor-El's amended complaint, filed *pro se*, dated November 12, 2020, and docketed on November 24, 2020. (Dkt. #52). Plaintiff's *pro se* amended complaint is hereby DISMISSED without prejudice because the claims asserted therein are unrelated to the consolidated action. Plaintiff's counsel is directed to deliver a copy of this Order to Plaintiff.

  SO ORDERED.

Dated: December 1, 2020
     New York, New York

                            *Katherine Polk Failla*
                         ————————————————
                          KATHERINE POLK FAILLA
                         United States District Judge