```
FROM: CHIEF'S ORDER                       MSG#: 2020-002131
TO  :                                     SENT: 03/28/20      0025  HRS
SUBJ:
------------------------------------------------------------------------
TELETYPE ORDER NO.   HQ -00982-0

DATE       MARCH 28, 2020

TO         COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM       HAZEL JENNINGS, CHIEF OF DEPARTMENT

SUBJECT    TELEVISITS DURING COVID-19
```

1. PENDING THE REVISION OF DIRECTIVE 2007R-D, "INMATE VISIT PROCEDURES," DATED 6/1/18, AND OPERATIONS ORDER 6/18, "TELEVISITING", DATED 5/1/18 THE FOLLOWING PROCEDURES SHALL BE ADHERED TO:

   A. THE DEPARTMENT SHALL PROVIDE INDIVIDUALS IN CUSTODY WITH ACCESS TO TELEVISITING TO HELP MAINTAIN FAMILY AND COMMUNITY TIES DURING THE COVID-19 PANDEMIC.

   B. TELEVISITING SESSIONS ARE SUBJECT TO SCHEDULING, AVAILABILITY, AND ADHERENCE TO SECURITY PROTOCOLS AND VISITATION POLICIES.

2. TELEVISITING GUIDELINES:

   A. TELEVISITING SESSIONS SHALL BE HELD IN EACH FACILITY'S VIDEO VISIT AREA.

   B. ALL TELEVISIT REQUESTS SHOULD BE SUBMITTED BY THE VISITOR(S) SEVENTY-TWO (72) HOURS IN ADVANCE, BUT NO LESS THAN TWENTY-FOUR (24) HOURS IN ADVANCE OF THE VISIT TIME.

   C. ALL TELEVISITING SESSIONS MUST BE REVIEWED BY THE CENTRAL VISITS STAFF PRIOR TO THE VISITOR(S) BEING SCHEDULED. EACH VISITOR MUST FILL OUT AND ELECTRONICALLY SUBMIT A "VIDEO VISIT REQUEST FORM" FOUND ON THE INMATE INFORMATION PAGE ON THE DOC WEBSITE.

   D. UPON RECEIVING THE TELEVISIT REQUEST FORM VIA E-MAIL, THE CENTRAL VISITS STAFF SHALL REVIEW ALL FORMS INCLUDING, BUT NOT LIMITED TO, CHECKING VISITOR/INMATE RESTRICTIONS, INMATE SEPARATION ORDERS, AND HOUSING AREAS IN ORDER TO SCHEDULE DIFFERENT CATEGORIES OF INMATES BASED ON DEPARTMENTAL POLICIES AND PROCEDURES.

      a. ALL VISITORS WHO ARE DENIED WILL BE NOTIFIED VIA E-MAIL THROUGH CENTRAL VISITS INFORMING THEM OF THE REASON FOR DENIAL AND APPEAL PROCEDURES BY ATTACHING FORM 143R "NOTICE TO INMATE/VISITOR OF CANCELLATION/LIMITATION/DENIAL OF VISITING ACCESS" TO E-MAIL.

E. ONCE APPROVED BY CENTRAL VISITS STAFF, ALL PAPERWORK SHALL BE SCANNED VIA E-MAIL TO EACH FACILITY'S WARDEN, DEPUTY WARDEN OF PROGRAMS, TOUR COMMANDER, VISIT CAPTAIN, AND DESIGNATED VISIT STAFF.

      a. THE FACILITY STAFF UNDER THE DIRECT SUPERVISION OF THE VISIT SUPERVISOR WILL SCHEDULE ALL VISITS ACCORDING TO AVAILABILITY AND ADHERENCE TO SECURITY PROTOCOL AND VISIT POLICY.

F. VISIT STAFF AT EACH FACILITY WILL ENTER THE VISITOR'S INFORMATION INTO THE TELEVISITING REGISTRATION SYSTEM AND ASSIGN A VISIT DATE AND TIME. A CONFIRMATION E-MAIL SHALL BE SENT TO THE VISITOR WITH THE SPECIFICS OF THE VISIT. BOOTH RESERVATIONS MAY BE SCHEDULED WITH A FACILITY UP TO SEVENTY-TWO (72) HOURS IN ADVANCE, BUT NO LESS THAN TWENTY-FOUR (24) HOURS IN ADVANCE.

3. INDIVIDUALS IN CUSTODY TELEVISITING SCHEDULE HOURS ARE AS FOLLOWED:

A. WEDNESDAY AND THURSDAY 2PM TO 8PM BASED ON LAST NAME, DEPARTMENT-WIDE. THE LAST VISITATION SESSION SHALL START AT 8 PM AND END AT 9 PM.
B. FRIDAY THROUGH SUNDAY 8AM TO 2PM, BASED ON LAST NAME, DEPARTMENT-WIDE. THE LAST VISITATION SESSION SHALL START AT 2 PM AND END AT 3 PM.
C. TELEVISITING SESSIONS ARE ONE (1) HOUR IN LENGTH.

4. VISITOR IDENTIFICATION (ID)

A. ALL TELEVISITORS EIGHTEEN (18) YEARS OF AGE AND OLDER MUST SUBMIT THEIR PROPER IDENTIFICATION BY UPLOADING SAME DURING THE SUBMISSION OF THE TELEVISIT FORM.

      I. ACCEPTABLE IDENTIFICATION INCLUDES: PICTURE IDENTIFICATION CARD ISSUED BY FEDERAL, STATE, OR LOCAL GOVERNMENT (DRIVER'S LICENSE, NON-DRIVER'S LICENSE ID, PASSPORT, AND WORK ID).

II. A TELEVISITOR WHO CAN BE POSITIVELY IDENTIFIED BY THEIR PICTURE ID SHALL BE ALLOWED ACCESS TO THE TELEVISIT SESSION REGARDLESS OF THE GENDER/SEX INDICATED ON THE ID.

III. TELEVISITORS WHOSE IDENTITY CANNOT BE CONFIRMED BY THE IDENTIFICATION WILL NOT BE PERMITTED TO VISIT.

B. ACCEPTABLE ID FOR AN INDIVIDUAL UNDER THE AGE OF EIGHTEEN (18) YEARS IS A BIRTH CERTIFICATE. THE BIRTH CERTIFICATE MUST HAVE THE NAME OF THE ACCOMPANYING PARENT ON IT. IF THE INDIVIDUAL ACCOMPANYING THE CHILD IS NOT A PARENT, THAT INDIVIDUAL IS TO PROVIDE DOCUMENTATION ATTESTING TO GUARDIANSHIP. ACCEPTABLE DOCUMENTATION CAN BE A COURT ORDER, OTHER COURT DOCUMENTS, GUARDIANSHIP PAPERS, FOSTER CARE/ADOPTION DOCUMENTS, AND NOTARIZED LETTERS.

I. TELEVISITORS UNDER THE AGE EIGHTEEN (18) MUST BE ACCOMPANIED BY A PARENT OR LEGAL GUARDIAN AT THE TIME OF THE VISIT.

II. CHILDREN MUST NEVER BE LEFT UNATTENDED FOR ANY REASON WHILE TELEVISITING.

5. DEVICES THAT ARE STRICTLY PROHIBITED IN TELEVISITING SESSIONS:

A. ELECTRONIC DEVICES INCLUDE ANY CAMERA, CELL PHONE, TABLET, IPAD, LAPTOP, IPOD, SMART WATCH (FITBIT, APPLE WATCH, ANDROID WATCH, SAMSUNG WATCH, ETC.) CALCULATOR, TAPE RECORDER, CAMCORDER, HEADPHONES, PORTABLE GAME CONSOLES, PORTABLE SPEAKERS, ETC.

B. ALL PHOTOGRAPHY AND VIDEO OR AUDIO RECORDINGS ARE STRICTLY PROHIBITED. FAILURE TO COMPLY WILL RESULT IN TERMINATION OF THE VISIT AND/OR THE SUSPENSION OF VISITATION PRIVILEGES.

6. TELEVISITING PROCEDURES:

A. FACILITY VISITATION AREA PROTOCOL AND RESPONSIBILITIES

I. ON A DAILY BASIS AND PRIOR TO THE COMMENCEMENT OF THE TELEVISITING SESSIONS, THE ASSIGNED OFFICER(S) SHALL CONDUCT A SECURITY INSPECTION OF THE VIDEO BOOTHS AND EQUIPMENT THEN MAKE AN ENTRY IN THE TELEVISITING VIDEO LOGBOOK DETAILING THE RESULTS OF THE SECURITY INSPECTION. THE OFFICER SHALL TEST THE EQUIPMENT AND MAKE A LOGBOOK ENTRY INDICATING WHETHER THE EQUIPMENT IS OPERABLE OR INOPERABLE. WORK ORDERS SHALL BE SUBMITTED WHEN NECESSARY TO THE AREA SUPERVISOR.

    a. IF THE EQUIPMENT IS INOPERABLE, BECOMES INOPERABLE DURING THE COURSE OF THE VISIT, OR NEEDS SERVICING, THE OFFICER SHALL CONTACT EACH OF THE FOLLOWING:

        I. THE AREA SUPERVISOR;
       II. IT SUPPORT ONLINE OR BY TELEPHONE (718-546-1800).

    b. THE OFFICER SHALL ACCURATELY AND CHRONOLOGICALLY LIST ALL OCCURRENCES OF EQUIPMENT FAILURES IN THE OFFICER'S LOGBOOK. ENTRIES MUST INCLUDE:

         I. DATE AND TIME OF EQUIPMENT FAILURE;
        II. NATURE OF EQUIPMENT FAILURE;
      III. DATE AND TIME OF REPAIR CALL;
      IV. WHO WAS CALLED AND ADVISED OF THE FAILURE;
       V. DATE AND TIME REPAIR PERSON ARRIVED; AND
      VI. DATE AND TIME THE EQUIPMENT WAS REPAIRED.

    c. ONCE IT HAS BEEN DETERMINED THE EQUIPMENT IS AGAIN OPERABLE, THE OFFICER SHALL IMMEDIATELY NOTIFY THE AREA SUPERVISOR.

II. THE VISIT STAFF AT EACH FACILITY SHALL REVIEW THAT DAY'S TELEVISITING SCHEDULE AND TAKE NOTE OF THE INDIVIDUALS THAT ARE SCHEDULED, THE TIMES OF THEIR TELEVISITING SESSIONS, AND THEIR HOUSING AREA LOCATIONS.

III. THE VISIT STAFF SHALL NOTIFY THE RESPECTIVE HOUSING AREAS PROVIDING THEM WITH THE INDIVIDUALS' NAMES AND THE TIMES THEY ARE EXPECTED TO BE PRODUCED IN THE FACILITY VISITS AREA.

IV. FOR INDIVIDUALS REQUIRING AN ESCORT, THE VISIT CAPTAIN SHALL ARRANGE FOR AN ESCORT SO THAT THE INDIVIDUAL IS PRODUCED IN THE FACILITY VISITS AREA THIRTY (30) MINUTES PRIOR TO THE SCHEDULED APPOINTMENT.

V. DEPENDING ON THE FACILITY AND THE SIZE OF THE FACILITY'S VISIT AREA HOLDING ACCOMMODATIONS, THE INDIVIDUALS SHALL BE STAGED FROM THE HOUSING AREA TO THE FACILITY VISIT AREA. EACH FACILITY HAS THE LATITUDE TO DETERMINE THE MANNER BY WHICH INDIVIDUALS SHALL MOVE TO THE FACILITY VISIT AREA. THE FACILITY SHALL ENSURE THAT SOCIAL DISTANCING IS PRACTICED.

VI. WHEN THE INDIVIDUAL ARRIVES IN THE TELEVISIT AREA, THE OFFICER SHALL CONTACT THE OFFICER WITH THE VISITOR STATING THAT THE TELEVISIT IS READY TO BEGIN AND INFORM THEM WHICH

        TELEVISIT BOOTH THEY SHOULD DIAL INTO. THE OFFICER SHALL THEN INSTRUCT THE INDIVIDUAL OF THEIR RESPONSIBILITY DURING THE TELEVISIT AND PLACE THE INMATE IN THE PROPER TELEVISIT BOOTH. THE SESSION BEGINS AS SOON AS ALL PARTIES ARE READY.

    a. IF A TELEVISIT DOES NOT BEGIN ON TIME, THERE IS A TEN (10) MINUTE GRACE PERIOD. AFTER TEN (10) MINUTES HAVE PASSED, THE SESSION SHALL BE LOGGED AS "CANCELLED." IF THE SESSION BEGINS LATE, IT SHALL STILL END ON THE HOUR, AS ORIGINALLY SCHEDULED.

    b. IF THE APPOINTMENT IS NOT KEPT, IT IS CONSIDERED "CANCELLED" AND WILL HAVE TO BE RESCHEDULED.

    c. A TELEVISIT MAY BE TERMINATED AT THE DISCRETION OF THE DEPARTMENT FACILITY STAFF. STAFF ARE REQUIRED TO FOLLOW THE GUIDELINES OF OPERATIONS ORDER 6/18, "TELEVISITING", LISTED IN SECTION R.

VII. ONCE AN INDIVIDUAL CONCLUDES THE TELEVISIT, STAFF SHALL IMMEDIATELY ESCORT THE INDIVIDUAL OUT OF THE TELEVISIT AREA, SO THE NEXT INDIVIDUAL CAN USE THE BOOTH.

VIII. THERE WILL BE A 30 MINUTE DELAY BETWEEN EACH TELEVISIT SESSION. ONCE THE INDIVIDUAL HAS VACATED THE BOOTH, DOC STAFF SHALL ENSURE THAT THE TELEVISIT BOOTH IS SANITIZED INCLUDING THE CHAIR, COUNTER, AND OTHER CONTACT SURFACE AREAS.

IX. STAFF MEMBERS ARE PROHIBITED FROM ENTERING THE TELEVISIT BOOTH WHILE THE BOOTH IS IN USE UNLESS INSTRUCTED TO DO SO BY A SUPERVISOR DUE TO A VIOLATION OF PROTOCOL BY THE INDIVIDUAL OR THE TELEVISITOR, THE INDIVIDUAL IS REQUESTING ASSISTANCE, OR IN THE EVENT OF AN EMERGENCY (MEDICAL, FIRE DRILL, ETC.).

X. IN AN EMERGENCY, THE OFFICER MAY ENTER THE BOOTH AND POLITELY INFORM THE VISITOR THAT THE INDIVIDUAL HAS TO EXIT THE BOOTH.

XI. UPON COMPLETION OF THE TELEVISIT SESSION, THE OFFICER SHALL:

    a. LOGBOOK ENTRY; AND

    b. MAKE A ENSURE THAT THE INDIVIDUAL IS ESCORTED BACK TO THEIR ASSIGNED HOUSING AREA.

    XII.    THE OFFICER SHALL CONSTANTLY TOUR THE TELEVISIT AREA AND COORDINATE THE ESCORTING OF INDIVIDUALS TO AND FROM THE AREA.

    XIII.    THE AREA SUPERVISOR SHALL MAKE PERIODIC TOURS OF INSPECTION IN THE TELEVISIT AREA TO MONITOR THE PROGRESS OF THE TELEVISITING SESSIONS AND, WHEN NECESSARY, TAKE APPROPRIATE ACTION TO CORRECT ANY PROBLEM(S) NOTICED.

    XIV.    THE AREA SUPERVISOR SHALL MAKE A LOGBOOK ENTRY DENOTING THE CONDITIONS AT THE TIME OF THE TOUR OF INSPECTION AND ANY SPECIAL INSTRUCTIONS GIVEN TO THE RESPECTIVE OFFICERS.

    XV.    AFTER THE COMPLETION OF ALL SCHEDULED TELEVISITS, THE OFFICER SHALL SHUT DOWN THE EQUIPMENT AND MAKE A LOGBOOK ENTRY TO THAT EFFECT. THE OFFICER SHALL THEN COMPLETE THE "VIDEO TELECONFERENCE DAILY SUMMARY REPORT" AND FORWARD IT TO THE FACILITY INFORMATION SYSTEM (FIS) OFFICE AND CENTRAL VISITS.

7. TELEVISITING SESSIONS MAY BE DENIED FOR THE FOLLOWING REASONS:

    A.    THE INDIVIDUAL IS NO LONGER IN DEPARTMENT CUSTODY.

    B.    THE INDIVIDUAL IS IN A HOSPITAL PRISON WARD AND MEDICAL CLEARANCE WAS NOT GRANTED.

    C.    THE INDIVIDUAL HAS PREVIOUSLY VIOLATED DEPARTMENT RULES AND REGULATIONS OR IS CONSIDERED A SECURITY RISK.

    D.    THE INDIVIDUAL MAY REFUSE A VISIT BY TELEVISITING. ONCE THE INDIVIDUAL HAS DENIED THE VISIT, THE VIDEO TELECONFERENCING OFFICER SHALL IMMEDIATELY ADVISE THE VISITOR.

    E.    INDIVIDUALS HELD IN MEDICAL CONFINEMENT WILL NOT BE PERMITTED TO PARTICIPATE IN TELEVISITS.

8. THIS TELETYPE SHALL BE READ AT TWENTY-ONE (21) CONSECUTIVE ROLL CALLS.

AUTHORITY:
OFFICE OF THE CHIEF OF DEPARTMENT
HJ/CR

NYC000034