Ventilation

| Facility | Area | Finding | Location | Date |
|---|---|---|---|---|
| AMKC | 1 Top | dirty ceiling vent(s) | janitor's closet | 24-Jun |
| | | dirty ceiling vent(s) | | 28-May |
| | 4 Upper | dirty ceiling vent(s) | showers | 28-May |
| | | dirty ceiling vent(s) | toilet area | 28-May |
| | | partially/occluded vent | janitor's closet | 20-Jul |
| | | partially/occluded vent | | 28-May |
| | Main Intake | dirty ceiling vent(s) | janitor's closet | 5-May |
| | | dusty ceiling vent(s) | pen #3 | 16-Jul |
| | | dusty ceiling vent(s) | pen #4 | 16-Jul |
| | | no vent | pen #6 | 30-Jul |
| | | no vent | pen #7 | 30-Jul |
| | | partially/occluded ceiling vent(s) | janitor's closet | 13-May |
| | | partially/occluded ceiling vent(s) | | 19-May |
| | | partially/occluded ceiling vent(s) | | 9-Jun |
| | | partially/occluded ceiling vent(s) | pen #2 | 2-Jul |
| | | partially/occluded ceiling vent(s) | | 9-Jul |
| | Mod 9B | dirty vent(s) | sleeping area | 19-May |
| | | dusty wall vent(s) | sleeping area | 17-Jul |
| | Q13L | dirty vent(s) | cell #30 (vacant) | 4-May |
| | | dirty vent(s) | cell #31 (vacant) | 8-Jun |
| | W 17LA | dirty ceiling vent(s) | dayroom | 26-May |
| | | partially/occluded ceiling vent(s) | dayroom | 22-Jun |
| | | partially/occluded ceiling vent(s) | showers | 22-Jun |
| | | partially/occluded ceiling vent(s) | toilet area | 22-Jun |
| | W 17UA | dirty ceiling vent(s) | dayroom | 26-May |
| | | dusty ceiling vent(s) | dayroom | 24-Jul |
| | | dusty ceiling vent(s) | toilet area | 22-Jun |
| | | dusty vent(s) | showers | 24-Jul |
| | | partially/occluded ceiling vent(s) | dayroom | 26-May |
| | | partially/occluded ceiling vent(s) | showers | 22-Jun |
| | | partially/occluded ceiling vent(s) | sleeping area | 22-Jun |
| | Mod 1UA | partially/occluded ceiling vent(s) | cell #5 (occupied) | 22-Jul |
| | | partially/occluded ceiling vent(s) | common area | 22-Jul |
| | | partially/occluded wall vent(s) | cell #7 (occupied) | 22-Jul |
| GRVC | 11B | dirty wall vent(s) | cell #20 (occupied) | 11-May |
| | | dirty wall vent(s) | cell #28 (vacant) | 11-May |
| | | dirty wall vent(s) | janitor's closet | 11-May |
| | | dirty wall vent(s) | showers | 11-May |
| | | dust laden vent | cell #30 (occupied) | 20-Jul |
| | | no vent | showers | 20-Jul |
| | | partially/occluded vent | cell #30 (occupied) | 20-Jul |
| | | partially/occluded wall vent(s) | cell #26 (vacant) | 20-Jul |
| | | partially/occluded wall vent(s) | janitor's closet | 20-Jul |
| | | partially/occluded wall vent(s) | showers | 20-Jul |
| | 4B | dirty ceiling vent(s) | showers | 8-May |
| | | dirty high wall vent(s) | common area | 8-May |

Ventilation

| Facility | Area | Finding | Location | Date |
|---|---|---|---|---|
| | | vent(s) "covered with paper" | cell #15 (vacant) | 8-May |
| | 7A | dirty high wall vent(s) | common area | 10-Jun |
| | | dirty high wall vent(s) | | 5-May |
| | | dirty wall vent(s) | cell #25 (occupied) | 5-May |
| | 8A | partially/occluded (partially) wall vent(s) | cell #31 (vacant) | 8-May |
| | | partially/occluded wall vent(s) | cell #25 (occupied) | 13-Jul |
| | | partially/occluded wall vent(s) | cell #8 (vacant) | 13-Jul |
| | 9B | dirty high wall vent(s) | common area | 10-Jun |
| | | dirty high wall vent(s) | | 5-May |
| | | dirty wall vent(s) | cell #17 (occupied) | 10-Jun |
| | | dirty wall vent(s) | cell #29 (vacant) | 5-May |
| | | dust laden high wall vents | common area | 6-Jul |
| | | partially/occluded ceiling vent | showers | 6-Jul |
| | Intake | dirty ceiling vent(s) | body scan/search area | 13-May |
| | | dirty ceiling vent(s) | pen #10 | 13-May |
| | | dirty ceiling vent(s) | | 6-May |
| | | dirty ceiling vent(s) | pen #11 | 18-May |
| | | dirty ceiling vent(s) | | 8-Jun |
| | | dirty ceiling vent(s) | pen #2 | 18-May |
| | | dirty ceiling vent(s) | | 6-May |
| | | dirty ceiling vent(s) | | 8-Jun |
| | | dirty ceiling vent(s) | pen #3 | 13-May |
| | | dirty ceiling vent(s) | | 22-Jun |
| | | dirty ceiling vent(s) | | 8-Jun |
| | | dirty ceiling vent(s) | pen #5 | 6-May |
| | | dirty ceiling vent(s) | pen #6 | 13-May |
| | | dirty ceiling vent(s) | | 6-May |
| | | dirty ceiling vent(s) | | 8-Jun |
| | | dirty ceiling vent(s) | pen #8 | 18-May |
| | | dirty ceiling vent(s) | pen #9 | 18-May |
| | | partially/occluded ceiling vent(s) | body scan area | 1-Jul |
| | | partially/occluded ceiling vent(s) | pen #9 | 7-Jul |
| | | partially/occluded ceiling vent(s) | scanning area | 14-Jul |
| | | partially/occluded ceiling vent(s) | | 21-Jul |
| | | partially/occluded ceiling vent(s) | | 29-Jul |
| | | partially/occluded ceiling vent(s) | | 7-Jul |
| | | partially/occluded ceiling vent(s) | search | 14-Jul |
| | | partially/occluded ceiling vent(s) | | 1-Jul |
| | | partially/occluded ceiling vent(s) | | 21-Jul |
| | | partially/occluded ceiling vent(s) | | 29-Jul |
| | | partially/occluded ceiling vent(s) | | 7-Jul |
| MDC | 5 West | dirty ceiling vent(s) | showers | 23-Jun |
| | | dirty wall vent(s) | common area | 27-May |
| | | dusty vent(s) | janitor's closet | 29-Jul |
| | | partially/occluded vent | showers | 27-May |
| | | partially/occluded vent(s) | showers | 29-Jul |

Ventilation

| Facility | Area | Finding | Location | Date |
|---|---|---|---|---|
| | Intake | "dried tissue papers" on vent | pen #4 | 25-Jun |
| | | dirty ceiling vent(s) | search | 7-May |
| | | dirty ceiling vent(s) | showers | 21-May |
| | | dirty ceiling vent(s) | | 7-May |
| | | dirty ceiling vent(s) | storage | 21-May |
| | | dirty ceiling vent(s) | | 7-May |
| | | dirty vent(s) | pen #7 | 21-May |
| | | dirty vent(s) | pen #8 | 21-May |
| | | dirty vent(s) | search | 21-May |
| | | obstructed vent (tissue paper) | pen #8 | 21-May |
| NIC | 2C | dirty vent(s) | cell #5 (occupied) | 25-Jun |
| | | dirty vent(s) | cell #6 (vacant) | 25-Jun |
| | | no vent | storage | 25-Jun |
| | | partially/occluded vent | cell #4 (vacant) | 25-Jun |
| OBCC | 3 Lower | dirty ceiling vent(s) | showers | 14-Jul |
| | | dirty ceiling vent(s) | toilet area | 14-Jul |
| | | dirty vent(s) | sleeping area | 13-May |
| | 3 North | dirty vent(s) | cell #12 (vacant) | 5-May |
| | | dirty vent(s) | cell #27 (vacant) | 8-Jul |
| | | dirty vent(s) | cell #8 (vacant) | 10-Jun |
| | 5 West | dirty ceiling vent(s) | 3 point search | 8-Jul |
| | | dirty ceiling vent(s) | showers | 8-Jul |
| | | dirty vent(s) | cell #17 (vacant) | 5-May |
| | | dirty vent(s) | cell #30 (vacant) | 10-Jun |
| | | dirty vent(s) | cell #42 (vacant) | 8-Jul |
| | | dirty vent(s) | cell #47 (vacant) | 5-May |
| | 7 Lower | dirty ceiling vent(s) | dayroom | 14-Jul |
| | | dirty ceiling vent(s) | showers | 14-Jul |
| | | dusty vent(s) | dayroom | 13-May |
| | Main Intake | partially/occluded ceiling vent(s) | pen #14 | 10-Jul |
| RMSC | Bldg. 1 | dirty wall vent(s) | cell #6 (vacant) | 4-May |
| | | dusty high ceiling vent(s) | common area | 4-May |
| | Bldg. 2 | dusty high ceiling vent(s) | common area | 4-May |
| | | dusty high wall vent(s) | common area | 4-May |
| | | dusty vent(s) | cell #6 (vacant) | 13-Jul |
| | | paint on vent(s) | cell #12 (vacant) | 4-May |
| | | paint on vent(s) | cell #7 (vacant) | 4-May |
| | Intake | dirty ceiling vent(s) | search | 12-Jun |
| | | dirty vent(s) | showers | 31-Jul |
| | | dusty ceiling vent(s) | search | 22-Jun |
| RNDC | 5 Lower S | dirty vent(s) | cell #10 (vacant) | 7-May |
| | | dirty vent(s) | janitor's closet | 23-Jun |
| | 6 Upper S | "vent noted painted" | cell #3 (vacant) | 12-May |
| | | dusty vent(s) | showers | 12-May |
| | | partially/occluded vent | cell #3 (vacant) | 13-Jul |
| | | partially/occluded vent | cell #5 (vacant) | 13-Jul |

| Facility | Area | Finding | Location | Date |
|---|---|---|---|---|
| | | partially/occluded vent | showers | 13-Jul |
| | | vent "clogged with paint" | cell #5 (vacant) | 12-May |
| VCBC | 3CB | dirty ceiling vent(s) | common area | 20-May |
| | | dirty ceiling vent(s) | janitor's closet | 20-May |
| | | dirty ceiling vent(s) | showers | 20-May |
| | | dirty high wall vent(s) | common area | 23-Jun |
| | | dirty wall vent(s) | cell #2L (vacant) | 23-Jun |
| | | dirty wall vent(s) | cell #L1 (vacant) | 20-May |
| | | dirty wall vent(s) | cell #L3 (occupied) | 20-May |
| | | dusty vent(s) | common area | 30-Jul |
| | | partially/clogged vent(s) | cell #24L (vacant) | 30-Jul |
| | | partially/occluded vent | cell #5U (occupied) | 23-Jun |
| | Intake | dirty ceiling vent(s) | common area | 12-Jun |
| | | dirty ceiling vent(s) | | 20-May |
| | | dirty ceiling vent(s) | | 29-May |
| | | dirty ceiling vent(s) | | 7-May |
| | | dirty ceiling vent(s) | janitor's closet | 12-Jun |
| | | dirty ceiling vent(s) | | 20-May |
| | | dirty ceiling vent(s) | | 29-May |
| | | dirty ceiling vent(s) | | 7-May |
| | | dirty ceiling vent(s) | pen #11 | 12-Jun |
| | | dirty ceiling vent(s) | | 20-May |
| | | dirty ceiling vent(s) | pen #12 | 12-Jun |
| | | dirty ceiling vent(s) | | 7-May |
| | | dirty ceiling vent(s) | pen #14 | 12-Jun |
| | | dirty ceiling vent(s) | | 20-May |
| | | dirty ceiling vent(s) | pen #3 | 20-May |
| | | dirty ceiling vent(s) | pen #4 | 20-May |
| | | dirty ceiling vent(s) | | 29-May |
| | | dirty ceiling vent(s) | pen #5 | 29-May |
| | | dirty ceiling vent(s) | | 7-May |
| | | dirty ceiling vent(s) | pen #6 | 29-May |
| | | dirty ceiling vent(s) | | 7-May |
| | | dirty ceiling vent(s) | pen #7 | 29-May |
| | | dirty ceiling vent(s) | pen #8 | 7-May |
| | | dirty ceiling vent(s) | toilet area | 12-Jun |
| | | dirty ceiling vent(s) | | 20-May |
| | | dirty ceiling vent(s) | | 29-May |
| | | dirty ceiling vent(s) | | 7-May |
| | | dusty ceiling vent(s) | janitor's closet | 25-Jun |
| | | dusty vent(s) | common area | 16-Jul |
| | | dusty vent(s) | | 30-Jul |
| | | dusty vent(s) | | 9-Jul |
| | | dusty vent(s) | pen #2 | 30-Jul |
| | | dusty vent(s) | pen #9 | 9-Jul |
| | | partially/occluded ceiling vent(s) | common area | 25-Jun |

Ventilation

| Facility | Area | Finding | Location | Date |
|---|---|---|---|---|
| | | partially/occluded vent | showers | 25-Jun |
| | 2BA | dusty vent(s) | sleeping area | 16-Jul |
| West Facility | CDU Intake (Sp. 5) | dusty ceiling vent(s) | pen #8 | 24-Jun |
| | Main Intake | dust laden ceiling vent | showers | 31-Jul |
| | | no vent | janitor's closet | 24-Jul |
| | | no vent | | 31-Jul |
| | | no vent | pen #3 | 24-Jul |
| | | no vent | | 31-Jul |
| | | partially/occluded ceiling vent(s) | common area | 24-Jul |
| | | partially/occluded ceiling vent(s) | | 31-Jul |