UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR-EL, ANTHONY MEDINA, RAMON GOMEZ, RONNIE COLE, DAKWAN FENNELL, JAMES CARTER, MAURICE BARNAR, and LANCE KELLY,<br><br>                Plaintiffs,<br><br>             -v.-<br><br>CITY OF NEW YORK and KISA SMALLS,<br><br>                Defendants. | 20 Civ. 3650 (KPF)<br>20 Civ. 3978 (KPF)<br>20 Civ. 3980 (KPF)<br>20 Civ. 3981 (KPF)<br>20 Civ. 3982 (KPF)<br>20 Civ. 3983 (KPF)<br>20 Civ. 3985 (KPF)<br>20 Civ. 3990 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of the consolidated Plaintiffs' Motion for a Preliminary Injunction. (Dkt #65-67). Accordingly, the Court adopts the following briefing schedule: Defendants' opposition shall be due on or by February 1, 2021; and Plaintiff's reply papers, if any, shall be due on or by February 5, 2021. The parties shall appear for oral argument on Plaintiffs' pending motion on February 10, 2021, at 3:00 p.m. The oral argument shall take place by videoconference, and the Court will distribute information for accessing the conference in advance of the oral argument.

      SO ORDERED.

Dated: January 25, 2025
       New York, New York

                                        KATHERINE POLK FAILLA
                                       United States District Judge