UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR-EL,<br><br>                Plaintiff,<br><br>            -v.-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTION; KISA SMALLS, WARDEN, NORTH INFIRMARY COMMAND, NEW YORK CITY DEPARTMENT OF CORRECTION; CITY OF NEW YORK; NEW YORK STATE DIVISION OF PAROLE,<br><br>                Defendants. | 20 Civ. 3650 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

WHEREAS, Plaintiff Jean Azor-El (Book & Case No. 441-19-05123) is presently in the custody of the New York City Department of Correction ("DOC") at the North Infirmary Command at 15-00 Hazen Street, East Elmhurst, NY 11370; and,

WHEREAS, Plaintiff Maurice Barnar (Book & Case No. 895-19-00337) is presently in the custody of the New York City Department of Correction ("DOC") at the North Infirmary Command at 15-00 Hazen Street, East Elmhurst, NY 11370; and,

WHEREAS, Plaintiff Ronnie Cole (Book & Case No. 980-19-00423) is presently in the custody of the New York City Department of Correction ("DOC")

at the North Infirmary Command at 15-00 Hazen Street, East Elmhurst, NY 11370; and,

WHEREAS, a conference in this action has been scheduled for February 10, 2021, at 3:00 p.m.; it is hereby

ORDERED that the Warden or other official in charge of the North Infirmary Command, or of whichever DOC facility in which Mssrs. Azor-El, Barnar, and Cole are housed at the date and time of the aforementioned conference, shall produce Mssrs. Azor-El, Barnar, and Cole to a place designated by the Warden or other official for participation by telephone in said conference.  At the appointed time, Mssrs. Azor-El, Barnar, and Cole shall call (917) 933-2166 and enter access code 298332451.  This dial-in information is for use by the parties only.

SO ORDERED.

Dated: February 9, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge