# KEENAN & BHATIA, LLC

| | |
|---|---|
| 90 Broad Street, Suite 200 | 929 Walnut Street, Suite 5107 |
| New York, NY 10004 | Kansas City, MO  64106 |
| Tel: (917) 975-5278 | Tel: (816) 809-2100 |

www.keenanbhatia.com

**BY CM/ECF**

February 9, 2021

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

      RE:    *Azor-El, et al. v. City of New York, et al.*, 1:20-cv-03650-KPF (and related cases)
              Letter Regarding Pro Hac Vice Admission of Sonal Bhatia

Dear Judge Failla:

This firm represents various Plaintiffs in this pending set of consolidated cases regarding conditions at Rikers Island.  My partner, Sonal Bhatia, is seeking admission pro hac vice.

Ms. Bhatia is a member in good standing of the state bars of Missouri and New Mexico, and meets all requirements for admission pro hac vice.

We have obtained a certificate of good standing from Missouri, but despite several inquiries, have not received one back yet from New Mexico.

Given the time-sensitive nature of this proceeding, my partner will be moving orally for admission pro hac vice at the hearing tomorrow, as permitted in situations where time does not permit a written motion.[1]

We are filing proposed orders for the Court's consideration.  Defendants have confirmed that they have no opposition to the admission of Ms. Bhatia pro hac vice.

Respectfully submitted,

KEENAN & BHATIA, LLC
   By:   /s/ E.E. Keenan
Attorney for Plaintiffs

Cc: Counsel of Record (by ECF)

---

[1] https://www.nysd.uscourts.gov/attorney/prohac