UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR-EL, ANTHONY MEDINA, RAMON GOMEZ, RONNIE COLE, DAKWAN FENNELL, JAMES CARTER, MAURICE BARNAR, and LANCE KELLY,<br><br>                                   Plaintiffs,<br><br>                    -v.-<br><br>CITY OF NEW YORK and KISA SMALLS,<br><br>                                   Defendants. | 20 Civ. 3650 (KPF)<br>20 Civ. 3978 (KPF)<br>20 Civ. 3980 (KPF)<br>20 Civ. 3981 (KPF)<br>20 Civ. 3982 (KPF)<br>20 Civ. 3983 (KPF)<br>20 Civ. 3985 (KPF)<br>20 Civ. 3990 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The parties shall appear for an oral decision regarding Plaintiffs' pending motion for a preliminary injunction on February 19, 2021, at 11:00 a.m. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:00 a.m.

SO ORDERED.

Dated: February 17, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge