UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR-EL, ANTHONY MEDINA, RAMON GOMEZ, RONNIE COLE, DAKWAN FENNELL, JAMES CARTER, MAURICE BARNAR, and LANCE KELLY,<br><br>      Plaintiffs,<br><br>    -v.-<br><br>CITY OF NEW YORK and KISA SMALLS,<br><br>      Defendants. | 20 Civ. 3650 (KPF)<br>20 Civ. 3978 (KPF)<br>20 Civ. 3980 (KPF)<br>20 Civ. 3981 (KPF)<br>20 Civ. 3982 (KPF)<br>20 Civ. 3983 (KPF)<br>20 Civ. 3985 (KPF)<br>20 Civ. 3990 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  For the reasons stated on the record on February 19, 2021, Plaintiffs' motion for the preliminary injunction is DENIED without prejudice. The Clerk of Court is directed to terminate the motion pending at docket entry 65.

  SO ORDERED.

Dated: February 19, 2021
     New York, New York

                     *Katherine Polk Failla*

                    KATHERINE POLK FAILLA
                    United States District Judge