## Thank You For Filling Out This Form

Shown below is your submission to **NYC.gov** on Monday 1st of March 2021 04:19:06 PM

This form resides at https://www1.nyc.gov/site/doc/inmate-info/video-teleconferencing-scheduling-form.page

| NAME of FIELDS | DATA |
| --- | --- |
| Inmate's Last Name | Azor-El |
| Inmate's First Name | Jean |
| B&C Number | 4411905123 |
| NYSID | 07315251M |
| Facility | NIC |
| First Choice | Mar 03, 2021 |
| First Choice Preferred Time | 2:30pm; |
| Second Choice | Mar 03, 2021 |
| Second Choice Preferred Time | 3:00pm; |
| Third Choice | Mar 03, 2021 |
| Third Choice Preferred Time | 3:30pm; |
| Desired Length of VTC Session | 30 minutes |
| What is the purpose of this VTC session | Attorney & Client Interview |
| Name of Agency | Keenan & Bhatia, LLC |
| Agency Address | 90 Broad Street |
| Agency Address Additional | Suite 200 |
| Agency City | New York |
| Agency State | NY |
| Agency ZIP Code | 10004 |
| Name of Contact Person | E.E. Keenan |
| Job Title of Contact Person | Partner |
| Phone | 8168092100 |
| Email | ee@keenanfirm.com |
| Participant 1 Name | E.E. Keenan |
| Participant 1 Job Title | Partner |
| Participant 1 Phone | 8168092100 |
| Participant 1 Email | ee@keenanfirm.com |
| Participant 2 Name | Sonal Bhatia |
| Participant 2 Job Title | Partner |
| Participant 2 Phone | 9179755278 |
| Participant 2 Email | sonal@keenanfirm.com |
| Participant 3 Name | Julia Gokhberg |
| Participant 3 Job Title | Litigation Manager |

| | |
|---|---|
| **Participant 3 Phone** | 3477210064 |
| **Participant 3 Email** | julia@keenanfirm.com |
| **Participant 4 Name** | Marcus Miller |
| **Participant 4 Job Title** | Clinical Intern |
| **Participant 4 Phone** | 5158687152 |
| **Participant 4 Email** | marcus@keenanfirm.com |
| **I acknowledge** | I acknowledge |

Copyright 2021 The City of New York       Contact Us    Privacy Policy    Terms of Use

## Thank You For Filling Out This Form

Shown below is your submission to **NYC.gov** on Monday 1st of March 2021 04:22:22 PM

This form resides at https://www1.nyc.gov/site/doc/inmate-info/video-teleconferencing-scheduling-form.page

| NAME of FIELDS | DATA |
|---|---|
| Inmate's Last Name | Barnar |
| Inmate's First Name | Maurice |
| B&C Number | 8951900337 |
| NYSID | 08439171L |
| Facility | NIC |
| First Choice | Mar 03, 2021 |
| First Choice Preferred Time | 3:00pm; |
| Second Choice | Mar 03, 2021 |
| Second Choice Preferred Time | 3:30pm; |
| Third Choice | Mar 03, 2021 |
| Third Choice Preferred Time | 4:00pm; |
| Desired Length of VTC Session | 30 minutes |
| What is the purpose of this VTC session | Attorney & Client Interview |
| Name of Agency | Keenan & Bhatia, LLC |
| Agency Address | 90 Broad Street |
| Agency Address Additional | Suite 200 |
| Agency City | New York |
| Agency State | NY |
| Agency ZIP Code | 10004 |
| Name of Contact Person | E.E. Keenan |
| Job Title of Contact Person | Partner |
| Phone | 8168092100 |
| Email | ee@keenanfirm.com |
| Participant 1 Name | E.E. Keenan |
| Participant 1 Job Title | Partner |
| Participant 1 Phone | 8168092100 |
| Participant 1 Email | ee@keenanfirm.com |
| Participant 2 Name | Sonal Bhatia |
| Participant 2 Job Title | Partner |
| Participant 2 Phone | 9179755278 |
| Participant 2 Email | sonal@keenanfirm.com |
| Participant 3 Name | Julia Gokhberg |
| Participant 3 Job Title | Litigation Manager |

| | |
|---|---|
| **Participant 3 Phone** | 3477210064 |
| **Participant 3 Email** | julia@keenanfirm.com |
| **Participant 4 Name** | Marcus Miller |
| **Participant 4 Job Title** | Clinical Intern |
| **Participant 4 Phone** | 5158687152 |
| **Participant 4 Email** | marcus@keenanfirm.com |
| **I acknowledge** | I acknowledge |

Copyright 2021 The City of New York    Contact Us  |  Privacy Policy  |  Terms of Use

## Thank You For Filling Out This Form

Shown below is your submission to **NYC.gov** on Monday 1st of March 2021 04:24:32 PM

This form resides at https://www1.nyc.gov/site/doc/inmate-info/video-teleconferencing-scheduling-form.page

| NAME of FIELDS | DATA |
|---|---|
| Inmate's Last Name | Cole |
| Inmate's First Name | Ronnie |
| B&C Number | 9801900423 |
| NYSID | 04200697R |
| Facility | NIC |
| First Choice | Mar 03, 2021 |
| First Choice Preferred Time | 3:30pm; |
| Second Choice | Mar 03, 2021 |
| Second Choice Preferred Time | 4:00pm; |
| Third Choice | Mar 03, 2021 |
| Third Choice Preferred Time | 4:30pm; |
| Desired Length of VTC Session | 30 minutes |
| What is the purpose of this VTC session | Attorney & Client Interview |
| Name of Agency | Keenan & Bhatia, LLC |
| Agency Address | 90 Broad Street |
| Agency Address Additional | Suite 200 |
| Agency City | New York |
| Agency State | NY |
| Agency ZIP Code | 10004 |
| Name of Contact Person | E.E. Keenan |
| Job Title of Contact Person | Partner |
| Phone | 8168092100 |
| Email | ee@keenanfirm.com |
| Participant 1 Name | E.E. Keenan |
| Participant 1 Job Title | Partner |
| Participant 1 Phone | 8168092100 |
| Participant 1 Email | ee@keenanfirm.com |
| Participant 2 Name | Sonal Bhatia |
| Participant 2 Job Title | Partner |
| Participant 2 Phone | 9179755278 |
| Participant 2 Email | sonal@keenanfirm.com |
| Participant 3 Name | Julia Gokhberg |
| Participant 3 Job Title | Litigation Manager |

| | |
|---|---|
| **Participant 3 Phone** | 3477210064 |
| **Participant 3 Email** | julia@keenanfirm.com |
| **Participant 4 Name** | Marcus Miller |
| **Participant 4 Job Title** | Clinical Intern |
| **Participant 4 Phone** | 5158687152 |
| **Participant 4 Email** | marcus@keenanfirm.com |
| **I acknowledge** | I acknowledge |

Copyright 2021 The City of New York      Contact Us  |  Privacy Policy  |  Terms of Use