UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JEAN AZOR-EL, et al.,

    Plaintiffs,                                                 Case No. 1:20-cv-03650-KPF

    -against-

CITY OF NEW YORK, et al.                  **ORDER TO PRODUCE**
                                                                      **FOR DEPOSITION**

    Defendants.

-------------------------------------------------------------------x

    **WHEREAS**, Maurice Barnar (B&C No. 8951900337), Ronnie Cole (B&C No. 9801900423), Jean Azor-El (B&C No. 4411905123), William Clanton (B&C No. 3492002470), Jonathan Sanchez (B&C No. 2412100010), and Donald Ashby (B&C No. 1412003206) are in the custody of the New York City Department of Correction ("DOC"); and

    **WHEREAS**, Plaintiffs seek leave to take the depositions of the aforementioned persons pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure;

    **IT IS HEREBY ORDERED** that the wardens and/or other persons in charge of the respective DOC facilities in which the aforementioned persons are housed produce said persons for depositions by videoconference at such dates/times as may be agreed to by the parties, and as coordinated in conjunction with DOC.

SO ORDERED.

Dated: New York, New York
      April 21, 2021

_____
The Honorable Katherine Polk Failla
United States District Judge