UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR-EL, ANTHONY MEDINA, RAMON GOMEZ, RONNIE COLE, DAKWAN FENNELL, JAMES CARTER, MAURICE BARNAR, and LANCE KELLY,<br><br>                     Plaintiffs,<br><br>                     -v.-<br><br>CITY OF NEW YORK, KISA SMALLS, and ROBIN COLLINS,<br><br>                     Defendants. | 20 Civ. 3650 (KPF)<br>20 Civ. 3978 (KPF)<br>20 Civ. 3980 (KPF)<br>20 Civ. 3981 (KPF)<br>20 Civ. 3982 (KPF)<br>20 Civ. 3983 (KPF)<br>20 Civ. 3985 (KPF)<br>20 Civ. 3990 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for oral argument on Plaintiffs' pending renewed motion for a preliminary injunction on November 19, 2021, at 10:00 a.m. The oral argument shall take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated:    October 22, 2021
            New York, New York

                                                            KATHERINE POLK FAILLA
                                                            United States District Judge