UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR-EL, ANTHONY MEDINA, RAMON GOMEZ, RONNIE COLE, DAKWAN FENNELL, JAMES CARTER, MAURICE BARNAR, and LANCE KELLY,<br><br>                    Plaintiffs,<br><br>            -v.-<br><br>CITY OF NEW YORK, KISA SMALLS, and ROBIN COLLINS,<br><br>                    Defendants. | 20 Civ. 3650 (KPF)<br>20 Civ. 3978 (KPF)<br>20 Civ. 3980 (KPF)<br>20 Civ. 3981 (KPF)<br>20 Civ. 3982 (KPF)<br>20 Civ. 3983 (KPF)<br>20 Civ. 3985 (KPF)<br>20 Civ. 3990 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the recent implementation of a vaccine mandate applicable to New York City corrections officers, the Court wishes to hear from the parties regarding the status of this policy and its bearing on Plaintiffs' pending motion for a preliminary injunction.

As such, the Court ORDERS the parties to submit supplemental letter briefs, not to exceed three pages, regarding the status and effect of this newly enacted policy at the correctional facilities located on Rikers Island. Defendants shall file their letter brief on or before **December 17, 2021.** Thereafter, Plaintiffs shall file a responsive letter brief on or before **December 31, 2021**.

SO ORDERED.

Dated: December 10, 2021
       New York, New York

                                              KATHERINE POLK FAILLA
                                            United States District Judge