UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR-EL, ANTHONY MEDINA, RAMON GOMEZ, RONNIE COLE, DAKWAN FENNELL, JAMES CARTER, MAURICE BARNAR, and LANCE KELLY,<br><br>                              Plaintiffs,<br><br>               -v.-<br><br>CITY OF NEW YORK, KISA SMALLS, and ROBIN COLLINS,<br><br>                              Defendants. | 20 Civ. 3650 (KPF)<br>20 Civ. 3978 (KPF)<br>20 Civ. 3980 (KPF)<br>20 Civ. 3981 (KPF)<br>20 Civ. 3982 (KPF)<br>20 Civ. 3983 (KPF)<br>20 Civ. 3985 (KPF)<br>20 Civ. 3990 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a telephonic conference on March 16, 2022, at 2:00 p.m., to address Plaintiffs' pending motion for a preliminary injunction. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note the conference will not be available prior to 2:00 p.m.

SO ORDERED.

Dated:  March 14, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge