UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN AZOR-EL, ANTHONY MEDINA, RAMON GOMEZ, RONNIE COLE, DAKWAN FENNELL, JAMES CARTER, MAURICE BARNAR, and LANCE KELLY,<br><br>                         Plaintiffs,<br><br>              -v.-<br><br>CITY OF NEW YORK, KISA SMALLS, and ROBIN COLLINS,<br><br>                         Defendants. | 20 Civ. 3650 (KPF)<br>20 Civ. 3978 (KPF)<br>20 Civ. 3980 (KPF)<br>20 Civ. 3981 (KPF)<br>20 Civ. 3982 (KPF)<br>20 Civ. 3983 (KPF)<br>20 Civ. 3985 (KPF)<br>20 Civ. 3990 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    For the reasons discussed on the record on March 16, 2022, Plaintiff's renewed motion for a preliminary injunction is DENIED. The parties are directed to file a joint status letter and proposed case management plan on or before April 15, 2022.

    The Clerk of Court is directed to terminate the pending motion at entry 119 in the *Azor-El* docket (20 Civ. 3650). The Clerk of Court is additionally directed to terminate the pending motions at entries 87, 99, 100, and 109 in the *Barnar* docket (20 Civ. 3978); entries 87, 99, 100, and 109 in the *Carter* docket (20 Civ. 3980); entries 61, 73, 74, and 83 in the *Cole* docket (20 Civ. 3981); entries 85, 97, 98 and 107 in the *Fennell* docket (20 Civ. 3982); entries 85, 97, 98, and 107 in the *Gomez* docket (20 Civ. 3983); entries 115, 127, 128, and 137 in the *Medina* docket (20 Civ. 3985); and entries 85, 97, 98, and 107 in the *Kelly* docket (20 Civ. 3990).

SO ORDERED.

Dated: March 16, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge