# KEENAN & BHATIA, LLC

| | |
|---|---|
| 90 Broad Street, Suite 200 | 4600 Madison Avenue, Suite 810 |
| New York, NY 10004 | Kansas City, MO 64112 |
| Tel: (917) 975-5278 | Tel: (816) 809-2100 |

www.keenanbhatia.com

**BY CM/ECF**

August 4, 2022

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York



   RE: *Azor-El, et al. v. City of New York, et al.*, 1:20-cv-03650-KPF (and related cases)
      Application for One-Day Extension of Time to File

Dear Judge Failla:

I write to respectfully request a one-day extension of the deadlines under Paragraphs 6 and 7(a)-(d) of the Scheduling Order, up to and including August 5, 2022, in which to provide proposed protective and HIPAA orders. The City has provided me with draft orders, and I have been occupied with travel, other case deadlines, and civic matters that have required slightly more time to review these orders. The need for an extension is mine alone.

I thank the Court for its consideration.

Respectfully submitted,

KEENAN & BHATIA, LLC
 By: /s/ E.E. Keenan
Attorneys for Plaintiffs


Cc: Counsel of Record (by ECF)

Application GRANTED.

The Clerk of Court is directed to terminate the pending motions at docket entry 160, docket entry 95 in 20 Civ. 3981, docket entry 119 in 20 Civ. 3982, docket entry 121 in 20 Civ. 3980, docket entry 119 in 20 Civ. 3983, docket entry 149 in 20 Civ. 3985, docket entry 119 in 20 Civ. 3990, and docket entry 121 in 20 Civ. 3978.

| | |
|---|---|
| Dated:    August 5, 2022<br>           New York, New York | SO ORDERED.<br><br>*Katherine Polk Failla*<br><br>HON. KATHERINE POLK FAILLA<br>UNITED STATES DISTRICT JUDGE |